*[Counsel listed on signature page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DEWAYNE CARTER, NYA HARRISON, and SEDONA PRINCE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; PAC-12 CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG 12 CONFERENCE, INC.; SOUTHEASTERN CONFERENCE; and ATLANTIC COAST CONFERENCE,<br><br>Defendants. | CASE NO. 3:23-cv-06325-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**<br><br>**[PURSUANT TO CivLR 6-1(b) AND 6-2]** |

Plaintiffs Dewayne Carter, Nya Harrison, and Sedona Prince ("Plaintiffs") and Defendants National Collegiate Athletic Association, Pac-12 Conference, The Big Ten Conference, Inc., The Big 12 Conference, Inc., Southeastern Conference, and Atlantic Coast Conference (collectively, the "Defendants", and, together with Plaintiff, the "Parties'), by and through their undersigned counsel of record and subject to the Court's approval, enter into this stipulation pursuant to Civil Local Rules 6-1(b) and 6-2, with reference to the following circumstances:

WHEREAS, Plaintiffs filed the Complaint on December 7, 2023 (Dkt. 1);

WHEREAS the deadline for Defendants to answer, move to dismiss, or otherwise respond to the Complaint is currently February 5, 2024;

WHEREAS the Parties are currently scheduled to appear before the Court for a Case Management Conference on March 14, 2024 (Dkt. 25);

WHEREAS, before Plaintiffs filed the Complaint, one related putative antitrust class action was filed on November 20, 2023—*Alex Fontenot v. NCAA, et al.*, Case No. 1:23-cv-03076 (D. Colo.);

WHEREAS, on January 16, 2024, Plaintiffs filed a motion with the Judicial Panel on Multidistrict Litigation ("JPML") seeking to transfer the related action for coordinated or consolidated pretrial proceedings in the Northern District of California (see *In re College Athlete Compensation Antitrust Litigation*, MDL No. 3105 (J.P.M.L., filed Jan. 16, 2024));

WHEREAS, the Defendants' deadline to respond to Plaintiffs' JPML motion is February 7, 2024, and Plaintiffs' deadline to file a reply is February 14, 2024;

WHEREAS, counsel for the Plaintiffs and counsel for Defendants have conferred and agree that, to conserve judicial and party resources, all proceedings in this action—including Defendants' deadline to respond to the Complaint and the scheduled Case Management Conference—should be stayed until after the JPML issues a ruling on Plaintiffs' Motion to Transfer and any consolidated amended complaint is filed;

WHEREAS, the parties agree that if a motion to stay in *Fontenot v. National Collegiate Athletic Association et al.*, No. 23-cv-03076 (D. Colo.), is denied, any party can move to lift the stay in this case;

WHEREAS, the stipulated stay of proceedings will not otherwise burden the Court;

WHEREAS, there have been no other modifications to the schedule in this case.

THEREFORE, the Parties stipulate and agree, by and through their undersigned counsel of record and subject to the Court's approval, to stay the proceedings in this action—including Defendants' deadline to respond to the Complaint and the scheduled Case Management Conference—until such time when the JPML issues a ruling on Plaintiffs' Motion to Transfer and any consolidated amended complaint is filed.

**IT IS SO STIPULATED.**

Dated: January 25, 2024                          Respectfully submitted,

**WILKINSON STEKLOFF LLP**                       **WINSTON & STRAWN LLP**

By: */s/ Rakesh N. Kilaru*                       By: */s/ Jeffrey L. Kessler*
Rakesh N. Kilaru (*pro hac vice*)                Jeffrey L. Kessler (*pro hac vice*)
Calanthe Arat                                    Adam I. Dale (*pro hac vice*)
Tamarra Matthews Johnson (*pro hac vice*)        David G. Feher (*pro hac vice*)
2001 M Street NW, 10th Floor                     David L. Greenspan (*pro hac vice*)
Washington, DC 20036                             Sarah Viebrock (*pro hac vice*)
Telephone: (202) 847-4000                        200 Park Avenue
Facsimile: (202) 847-4005                        New York, NY 10166
rkilaru@wilkinsonstekloff.com                    Telephone: (212) 294-4700
carat@wilkinsonstekloff.com                      Facsimile: (212) 294-4700
tmatthewsjohnson@wilkinsonstekloff.com           jkessler@winston.com
                                                 aidale@winston.com
Jacob K. Danziger (SBN 278219)                   dfeher@winston.com
**ARENTFOX SCHIFF LLP**                          dgreenspan@winston.com
44 Montgomery Street, 38th Floor                 sviebrock@winston.com
San Francisco, CA 94104
Telephone: (734) 222-1516                        Jeanifer Ellen Parsigian (SBN 289001)
Facsimile: (415) 757-5501                        101 California Street, 35th Floor
jacob.danziger@afslaw.com                        San Francisco, CA 94111
                                                 Telephone: (415) 591-1000
Attorneys for Defendant                          Facsimile: (415) 591-1400
NATIONAL COLLEGIATE                              jparsigian@winston.com
ATHLETIC ASSOCIATION

                                                 Emilee Sisco (*pro hac vice*)
                                                 Meredith Simons (*pro hac vice*)
                                                 Stephanie Verdoia (*pro hac vice*)

| | |
|---|---|
| | **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1301 2nd Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>emilees@hbsslaw.com<br>merediths@hbsslaw.co<br>stephaniev@hbsslaw.com<br><br>Attorneys for Plaintiffs |
| **COOLEY LLP**<br><br>By: /s/ Whitty Somvichian<br>Whitty Somvichian (SBN 194463)<br>Kathleen R. Hartnett (SBN 314267)<br>Ashley Kemper Corkery (SBN 301380)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, California 94111-4004<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br>wsomvichian@cooley.com<br>khartnett@cooley.com<br>acorkery@cooley.com<br><br>Mark Lambert (SBN 197410)<br>Gregory Merchant (SBN 341287)<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br>mlambert@cooley.com<br>gmerhant@cooley.com<br><br>Rebecca Tarneja (SBN 293461)<br>355 S. Grand Avenue, Suite 900<br>Los Angeles, California 90071-3105<br>Telephone: (213) 561-3225<br>Facsimile: (213) 561-3250<br>rtarneja@cooley.com<br><br>Attorneys for Defendant<br>PAC-12 CONFERENCE | **LATHAM & WATKINS LLP**<br><br>By: /s/ Christopher S. Yates<br>Christopher S. Yates (SBN 161273)<br>Aaron T. Chiu (SBN 287788)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>chris.yates@lw.com<br>aaron.chiu@lw.com<br><br>Anna M. Rathbun (SBN 273787)<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, DC 20004<br>Telephone: (202) 637-1061<br>Facsimile: (202) 637-2201<br>anna.rathbun@lw.com<br><br>Attorneys for Defendant<br>ATLANTIC COAST CONFERENCE |
| **MAYER BROWN LLP**<br><br>By: /s/ Britt M. Miller<br>Britt M. Miller (*pro hac vice* forthcoming)<br>Daniel T. Fenske (*pro hac vice* forthcoming)<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 782-0600<br>Facsimile: (312) 701-7711<br>bmiller@mayerbrown.com | **SIDLEY AUSTIN LLP**<br><br>By: /s/ Natali Wyson<br>David L. Anderson (SBN 149604)<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7412<br>dlanderson@sidley.com |

3

| | | |
|---|---|---|
| 1 | dfenske@mayerbrown.com | Angela C. Zambrano (*pro hac ice*) |
| | | Natali Wyson (*pro hac vice*) |
| 2 | Christopher J. Kelly (SBN 276312 | 2021 McKinney Avenue, Suite 2000 |
| | Two Palo Alto Square, Suite 300 3000 | Dallas, TX  75201 |
| 3 | El Camino Real | Telephone: (214) 969-3529 |
| | Palo Alto, CA 94306 | Facsimile:  (214) 969-3558 |
| 4 | Telephone: (650) 331-2000 | angela.zambrano@sidley.com |
| | Facsimile: (650) 331-2060 | nwyson@sidley.com |
| 5 | cjkelly@mayerbrown.com | |
| | | Chad Hummel (SBN 139055) |
| 6 | Attorneys for Defendant | 1999 Avenue of the Stars, Suite 1700 |
| | THE BIG TEN CONFERENCE, INC. | Los Angeles, CA  90067 |
| 7 | | Telephone:  (310) 595-9505 |
| | | Facsimile:  (310) 595-9501 |
| 8 | | chummel@sidley.com |
| 9 | | |
| | | Attorneys for Defendant |
| 10 | | THE BIG 12 CONFERENCE, INC. |

**ROBINSON, BRADSHAW & HINSON, P.A.**

By: */s/ Robert W. Fuller, III*
Robert W. Fuller, III (*pro hac vice*)
Lawrence C. Moore, III (*pro hac vice*)
Amanda P. Nitto (*pro hac vice*)
Travis S. Hinman (*pro hac vice*)
Patrick H. Hill (*pro hac vice*)
101 N. Tryon St., Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
rfuller@robinsonbradshaw.com
lmoore@robinsonbradshaw.com
anitto@robinsonbradshaw.com
thinman@robinsonbradshaw.com
phill@robinsonbradshaw.com

Mark J. Seifert (SBN 217054)
**SEIFERT ZUROMSKI LLP**
100 Pine Street, Suite 1250
San Francisco, CA  94111
Telephone: (415) 999-0901
Facsimile: (415) 901-1123
mseifert@szllp.com

Attorneys for Defendant
SOUTHEASTERN CONFERENCE

4

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order to Stay Proceedings Pending Decision by the Judicial Panel in Multidistrict Litigation.  Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Rakesh N. Kilaru, attest that concurrence in the filing of this document has been obtained.

Executed this 25th day of January 2024, in Washington, DC.

By:   /s/ Rakesh N. Kilaru<br>
Rakesh N. Kilaru<br>
Attorney for Defendant<br>
National Collegiate Athletic Association

# [PROPOSED] ORDER

Pursuant to stipulation, and for good cause shown, **IT IS ORDERED**:

The proceedings in the above action are stayed until such time when the JPML issues a ruling on Plaintiffs' Motion to Transfer.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                  HONORABLE RICHARD SEEBORG
                                                  United States Chief District Judge