# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DEWAYNE CARTER, et al., on behalf of themselves and all those similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL COLLEGIATE ATHLETEC ASSOCIATION; et al.;<br><br>Defendants. | CASE NO. 23-cv-6325<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE AND TO TRANSFER, DISMISS, OR CONTINUE THE STAY PURSUANT TO THE FIRST-TO-FILE RULE** |

The Court, having considered the Motion to Intervene and to Transfer, Dismiss, or Continue the Stay Pursuant to the First-To-File Rule filed by Alex Fontenot and Mya Hollingshed, hereby orders that the motion is GRANTED.

The Court finds that the factors used to consider a motion to intervene for the limited purpose of moving to transfer have been met: the intervention is timely, there is commonality, and there is no prejudice to any party.

The Court also finds that all the factors considered under the first-to-file rule have been met. To promote "judicial efficiency, consistency, and comity," the first-to-file rule "should not be disregarded lightly." *Kohn Law Grp., Inc. v. Auto Parts Mfg. Mississippi, Inc.*, 787 F.3d 1237, 1240 (9th Cir. 2015). The Court therefore transfers this action to the District of Colorado.

IT IS SO ORDERED.

DATED:

HONORABLE RICHARD SEEBORG

1   NO. 23-cv-6325
Order Granting Motion to Intervene and to Transfer, Dismiss, or Continue the Stay
Pursuant to the First-to-File Rule