[All counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARTER, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,<br><br>       Defendants. | Case No. 3:23-cv-06325-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF CASE DEADLINES IN LIGHT OF SETTLEMENT** |

Pursuant to Northern District of California Civil Local Rule 7-12, Plaintiffs in the above-captioned action and Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), Big Ten Conference, Inc. ("Big Ten"), Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and Atlantic Coast Conference ("ACC") (collectively, "Defendants") (Plaintiffs and each Defendant is referred to herein as a "Party" and all Defendants together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel of record, submit the following Stipulation and Proposed Order:

WHEREAS, Plaintiffs filed the Complaint in this case on December 7, 2023 (ECF No. 1);

WHEREAS, before Plaintiffs filed the Complaint, plaintiffs in a related putative antitrust class action—*Alex Fontenot v. NCAA, et al.*, Case No. 1:23-cv-03076 (D. Colo.)—filed a complaint on November 20, 2023;

WHEREAS, the defendants in *Fontenot* filed a motion to transfer *Fontenot* to the Northern District of California on April 19, 2024 (ECF No. 90);

WHEREAS, this Court approved the Parties' Stipulation and Order to Extend Defendants' Deadline to Respond to the Complaint on May 3, 2024 and, pursuant to that Stipulation, Defendants are required to file their response to the Complaint within five (5) business days after the *Fontenot* Court's ruling on the motion to transfer (ECF No. 98);

WHEREAS, the *Fontenot* Court issued an order denying the motion to transfer on May 23, 2024 (ECF No. 103);

WHEREAS, the Parties have agreed to the principal terms on which the Parties will settle *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919 CW (N.D. Cal.), *Hubbard et al. v. National Collegiate Athletic Association et al.*, Case No. 23-cv-01593 (N.D. Cal.), and *Carter et al. v. National Collegiate Athletic Association et al.*, Case No. 3:23-cv-06325-RS (N.D. Cal.);

WHEREAS, the terms of the settlement were jointly agreed to after arms-length negotiations;

WHEREAS, the Parties are working expeditiously and in good faith to finalize the long-form settlement agreement, and anticipate that a motion for preliminary approval of the settlement will be filed on or before thirty (30) days from the date of this stipulation, but in any event no later than forty-five (45) days from the date of this stipulation;

WHEREAS, in furtherance of the settlement, and to conserve judicial and party resources, the Parties agree, and request that the Court order that the deadline for Defendants' response to the Complaint be extended by 60 days, to July 30, 2024.

THEREFORE, IT IS STIPULATED AND AGREED, SUBJECT TO COURT APPROVAL, THAT:

1. Defendants' deadline for filing a response to the Complaint is hereby extended by 60 days, to July 30, 2024.

Dated: May 30, 2024                                           Respectfully Submitted,

| HAGENS BERMAN SOBOL SHAPIRO LLP | WINSTON & STRAWN LLP |
|---|---|
| By: */s/ Benjamin J. Siegel* <br> Benjamin J. Siegel (SBN 256260) <br> 715 Hearst Avenue, Suite 300 <br> Berkeley, CA 94710 <br> Telephone: (510) 725-3000 <br> Facsimile: (510) 725-3001 <br> bens@hbsslaw.com <br><br> Emilee N. Sisco (*pro hac vice*) <br> Stephanie Verdoia (*pro hac vice*) <br> 1301 Second Avenue, Suite 2000 <br> Seattle, WA 98101 <br> Telephone: (206) 623-7292 <br> Facsimile: (206) 623-0594 <br> emilees@hbsslaw.com <br> stephaniev@hbsslaw.com <br><br> Jeffrey L. Kodroff <br> SPECTOR ROSEMAN & KODROFF PC <br> Two Commerce Square <br> 2001 Market Street, Suite 3420 <br> Philadelphia, PA 19103 <br> Telephone: (215) 496 0300 <br> Facsimile: (215) 496 6611 <br> jkodroff@srkattorneys.com <br><br> *Counsel for Plaintiffs and the Proposed Classes* | By: */s/ Jeffrey L. Kessler* <br> Jeffrey L. Kessler (*pro hac vice*) <br> David G. Feher (*pro hac vice*) <br> David L. Greenspan (*pro hac vice*) <br> Adam I. Dale (*pro hac vice*) <br> 200 Park Avenue <br> New York, NY 10166-4193 <br> Telephone: (212) 294-4698 <br> Facsimile: (212) 294-4700 <br> jkessler@winston.com <br> dfeher@winston.com <br> dgreenspan@winston.com <br> aidale@winston.com <br><br> Jeanifer E. Parsigian (SBN 289001) <br> 101 California Street, 34th Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 591-1000 <br> Facsimile: (415) 591-1400 <br> jparsigian@winston.com <br><br> *Counsel for Plaintiffs and the Proposed Classes* |

| | |
|---|---|
| **WILKINSON STEKLOFF LLP** | **LATHAM & WATKINS LLP** |
| By: */s/ Rakesh N. Kilaru* | By: */s/ Christopher S. Yates* |
| Rakesh N. Kilaru (*pro hac vice*) | Christopher S. Yates (SBN 161273) |
| Calanthe Arat (SBN 349086) | Aaron T. Chiu (SBN 287788) |
| Tamarra Matthews Johnson (*pro hac vice*) | 505 Montgomery Street, Suite 2000 |
| 2001 M Street NW, 10th Floor | San Francisco, CA 94111 |
| Washington, DC 20036 | Telephone: (415) 391-0600 |
| Telephone: (202) 847-4000 | Facsimile: (415) 395-8095 |
| Facsimile: (202) 847-4005 | chris.yates@lw.com |
| rkilaru@wilkinsonstekloff.com | aaron.chiu@lw.com |
| carat@wilkinsonstekloff.com | |
| tmatthewsjohnson@wilkinsonstekloff.com | Anna M. Rathbun (SBN 273787) |
| | 555 Eleventh Street, NW, Suite 1000 |
| Jacob K. Danziger (SBN 278219) | Washington, DC 20004 |
| **ARENTFOX SCHIFF LLP** | Telephone: (202) 637-1061 |
| 44 Montgomery Street, 38th Floor | Facsimile: (202) 637-2201 |
| San Francisco, CA 94104 | anna.rathbun@lw.com |
| Telephone: (734) 222-1516 | |
| Facsimile: (415) 757-5501 | *Counsel for Defendant Atlantic Coast* |
| jacob.danziger@afslaw.com | *Conference* |
| | |
| *Counsel for Defendant National Collegiate Athletic Association* | |
| | |
| **MAYER BROWN LLP** | **COOLEY LLP** |
| By: */s/ Britt M. Miller* | By: */s/ Whitty Somvichian* |
| Britt M. Miller (*pro hac vice*) | Whitty Somvichian (SBN 194463) |
| Daniel T. Fenske (*pro hac vice*) | Kathleen R. Hartnett (SBN 314267) |
| 71 South Wacker Drive | Ashley Kemper Corkery (SBN 301380) |
| Chicago, IL 60606 | 3 Embarcadero Center, 20th Floor |
| Telephone: (312) 782-0600 | San Francisco, California 94111-4004 |
| Facsimile: (312) 701-7711 | Telephone: (415) 693 2000 |
| bmiller@mayerbrown.com | Facsimile: (415) 693 2222 |
| dfenske@mayerbrown.com | wsomvichian@cooley.com |
| | khartnett@cooley.com |
| Christopher J. Kelly (SBN 276312) | acorkery@cooley.com |
| Two Palo Alto Square, Suite 300 | |
| 3000 El Camino Real | Mark Lambert (SBN 197410) |
| Palo Alto, CA 94306 | 3175 Hanover Street |
| Telephone: (650) 331-2000 | Palo Alto, CA 94304-1130 |
| Facsimile: (650) 331-2060 | Telephone: (650) 843-5000 |
| cjkelly@mayerbrown.com | Facsimile: (650) 849-7400 |
| | mlambert@cooley.com |
| *Counsel for Defendant The Big Ten Conference, Inc.* | |
| | Rebecca Tarneja (SBN 293461) |
| | 355 S. Grand Avenue, Suite 900 |

|   |   |
|---|---|
| | Los Angeles, California 90071-3105<br>Telephone: (213) 561-3225<br>Facsimile: (213) 561-3250<br>rtarneja@cooley.com<br><br>*Counsel for Defendant Pac-12 Conference* |
| **SIDLEY AUSTIN LLP**<br><br>By: */s/ Angela C. Zambrano*<br>Angela C. Zambrano (*pro hac vice*)<br>Natali Wyson (*pro hac vice*)<br>Chelsea A. Priest (*pro hac vice*)<br>2021 McKinney Avenue, Suite 2000<br>Dallas, TX 75201<br>Telephone: (214) 969-3529<br>Facsimile: (214) 969-3558<br>angela.zambrano@sidley.com<br>nwyson@sidley.com<br>cpriest@sidley.com<br><br>David L. Anderson (SBN 149604)<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7412<br>dlanderson@sidley.com<br><br>*Counsel for Defendant The Big 12 Conference, Inc.* | **ROBINSON BRADSHAW & HINSON, P.A.**<br><br>By: */s/ Robert W. Fuller*<br>Robert W. Fuller, III (*pro hac vice*)<br>Lawrence C. Moore, III (*pro hac vice*)<br>Amanda P. Nitto (*pro hac vice*)<br>Travis S. Hinman (*pro hac vice*)<br>101 N. Tryon Street, Suite 1900<br>Charlotte, NC 28246<br>Telephone: (704) 377-2536<br>Facsimile: (704) 378-4000<br>rfuller@robinsonbradshaw.com<br>lmoore@robinsonbradshaw.com<br>anitto@robinsonbradshaw.com<br>thinman@robinsonbradshaw.com<br><br>Mark J. Seifert (SBN 217054)<br>**SEIFERT ZUROMSKI LLP**<br>One Market Street, 36th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 999-0901<br>Facsimile: (415) 901-1123<br>mseifert@SZLLP.com<br><br>*Counsel for Defendant Southeastern Conference* |

## E-FILING ATTESTATION

I, Steve W. Berman, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                                                */s/ Benjamin J. Siegel*
                                                BENJAMIN J. SIEGEL (SBN 256260)

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

---
THE HON. RICHARD SEEBORG
United States Chief District Judge