UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEWAYNE CARTER, et al.,

Plaintiffs,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,

Defendants.

Case No. 23-cv-06325-RS

**ORDER TO SHOW CAUSE**

In May of 2024, the parties stipulated to extending defendants' deadline for filing a response to the complaint to July 30, 2024, in light of a pending settlement in related actions. It appears that settlement subsequently was finalized and approved, and likely encompasses the claims in this action, although the parties have not acted to close this matter. Accordingly, within 10 days of the date of this order, plaintiffs shall file an appropriate dismissal, stipulation for entry of judgment, or other procedurally appropriate disposition, or otherwise show cause why this action should not be dismissed.

**IT IS SO ORDERED**.

Dated: April 28, 2026

RICHARD SEEBORG
Chief United States District Judge